**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF Information associated with the e-mail accounts listed in Attachment A (Subject Accounts) that are stored at premises owned, maintained, controlled, or operated by Google LLC ("GOOGLE"), a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043. | Case No.  21-sw-156-NRN<br><br>**Filed Under Restriction** |

**ORDER TO RESTRICT CASE, FOR NON-DISCLOSURE**
**AND ORDER TO KEEP ACCOUNT ACTIVE**

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including any applications or attached documents in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court; and

2) pursuant to Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), the Provider to whom this Order is directed (Google LLC) shall not, for the period of one year from the date of this Order, disclose the existence of the above-captioned matter, nor of this Order, to the listed subscriber, customers, or to any other person, other than its personnel essential for compliance with the Court's Order or for the purpose of receiving legal advice; and

3) the Provider to whom this Order is directed shall not, for the period of one year from the date of this Order, shut down the account or otherwise take any adverse action against the account because of its receipt of this Order or any related court process.

DATED this __17th__ day of __February__, 2021

BY THE COURT:

*/s/ N. Reid Neureiter*
HON. N. REID NEUREITER
MAGISTRATE JUDGE
DISTRICT OF COLORADO