Case 1:21-sw-00156-NRN Document 5 Filed 02/26/21 USDC Colorado Page 1 of 8
Case 1:21-sw-00156-NRN *SEALED* Document 2 Filed 02/17/21 USDC Colorado Page 1 of 2

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with the e-mail accounts listed in Attachment A (Subject Accounts) that are stored at premises owned, maintained, controlled, or operated by Google LLC ("GOOGLE"), a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

)
)
)
)
)
)
)
)

Case No. 21-sw-156-NRN

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:01 pm, Feb 26, 2021
JEFFREY P. COLWELL, CLERK

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __March 3, 2021__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Magistrate Judge N. Reid Neureiter__
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __02/17/2021 1:00 pm__

*Judge's signature* — N. Reid Neureiter

City and state:  __Denver, CO__

Magistrate Judge N. Reid Neureiter
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:21-sw-00156-NRN | Date and time warrant executed: February 18, 2021 | Copy of warrant and inventory left with: Google LLC |
| Inventory made in the presence of : | Special Agent Jared Erwin | |

Inventory of the property taken and name of any person(s) seized:

On February 25, 2021, Google LLC provided the following files in response to the Search Warrant via the Google Law Enforcement Request Portal:

1) 5397052-20210226-1.zip
2) SW Letter 5397052.pdf

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/26/2021

*Jared Erwin*

*Executing officer's signature*

Jared Erwin - Special Agent IRS-CI

*Printed name and title*