UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF Information associated with the e-mail accounts listed in Attachment A (Subject Accounts) that are stored at premises owned, maintained, controlled, or operated by Google LLC ("GOOGLE"), a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043. | Case No.  21-sw-156-NRN |

### MOTION FOR ORDER TO UN-RESTRICT CASE AND TO ALLOW DISCLOSURE AND FOR ORDER TO ALLOW PROVIDER TO REINSTATE NORMAL BUSINESS PRACTICES REGARDING ACCOUNT

The United States of America, moving by and through its undersigned counsel, respectfully submits this *ex parte* application for an order to un-restrict the case, to un-restrict the documents in it, to allow the Provider in this case to disclose the Court's previous order to the subscriber(s) of the account(s), and to allow the provider to reinstate any normal business practices regarding the account.

The United States asks for this order because the reasons cited in its original motion for an order of non-disclosure, to restrict, [and to keep account active] no longer exist.

\\

\\

WHEREFORE, the United States respectfully requests that the Court issue an order granting the relief sought in this Motion.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/Robert Brown*

By:  Robert Brown
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Robert.Brown5@usdoj.gov
Attorney for the Government