UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF Information associated with the e-mail accounts listed in Attachment A (Subject Accounts) that are stored at premises owned, maintained, controlled, or operated by Google LLC ("GOOGLE"), a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043. | Case No. 21-sw-156-NRN |

**PROPOSED ORDER TO UN-RESTRICT CASE AND TO ALLOW DISCLOSURE AND TO ALLOW PROVIDER TO RESUME NORMAL BUSINESS PRACTICES REGARDING ACCOUNT**

ORDER

The United States has sought an order to un-restrict the above-captioned case and the documents in it; it also asks the Court to allow the Provider in this case to disclose the existence of the Court's previous order to the account(s) subscriber(s).  The Court finds that there is good cause to grant the relief sought.

IT IS THEREFORE ORDERED, that this case and its documents shall be un-restricted, that the Provider may disclose the Court's previous order to the subscriber(s) of the account(s), and that the Provider may resume normal business practices regarding the accounts(s) that were the subject of the Court's previous order.

_____
United States Magistrate Judge

December 6, 2021_____
Date